NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

SHELDON BERNARD WALKER, *Petitioner*.

No. 1 CA-CR 20-0180 PRPC
FILED 3-18-2021

Appeal from the Superior Court in Maricopa County
No. CR1992-008973
The Honorable George H. Foster, Jr., Judge *Retired*

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Arizona Attorney General's Office, Phoenix
By Michael E. Gottfried
*Counsel for Respondent*

Sheldon Bernard Walker, Eloy
*Petitioner*

---

**MEMORANDUM DECISION**

---

Presiding Judge D. Steven Williams, Judge Jennifer B. Campbell and Judge James B. Morse Jr. delivered the following decision.

---

**PER CURIAM**:

**¶1**      Petitioner Sheldon Bernard Walker seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Walker's fourth post-conviction relief proceeding.

**¶2**      Walker argues his prison sentence has expired and he is entitled to immediate release. *See* Ariz. R. Crim. P. 32.1(d). The record in this matter indicates Walker had a possible release date of February 16, 2021—after he filed this petition for review—depending on whether he earned sufficient release credit. According to public records, Petitioner was indeed released on that date and is no longer under supervision of the Arizona Department of Corrections, Rehabilitation and Reentry. Accordingly, Walker's argument is moot. *See Bank of New York Mellon v. De Meo*, 227 Ariz. 192, 193–94, ¶ 8 (App. 2011).

**¶3**      Because we cannot grant the remedy Walker requests, this court grants review but denies relief.

